No. D–1451. IN RE DISBARMENT OF LINDER. It is ordered that Robert Alan Linder, of Batavia, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1452. IN RE DISBARMENT OF MITWOL. It is ordered that Michael Roger Mitwol, of Palm Harbor, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1453. IN RE DISBARMENT OF ZELMAN. It is ordered that Allan G. Zelman, of Arlington, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1454. IN RE DISBARMENT OF ANTHONY. It is ordered that William D. Anthony, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1455. IN RE DISBARMENT OF WONG. It is ordered that Allan Yon Kwong Wong, of Somerville, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1456. IN RE DISBARMENT OF FREEDMAN. It is ordered that Kenneth B. Freedman, of Stow, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.